IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| B. F., a minor child, by and through P.F. and R. F., parents as next friends, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | CIVIL ACTION NO. 1:04-CV-3379-JOF |
| FULTON COUNTY SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

**OPINION AND ORDER**

This matter is before the court on Defendant's motion to dismiss with prejudice for want of prosecution [65-1].

B.F. brought this action pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400, *et seq.*, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. B.F. appeals the decision of an Administrative Law Judge that the Fulton County School District had provided a free appropriate public education ("FAPE") to B.F. during the 2003-2004 school year and his denial of B.F.'s request for compensatory services, reimbursement for all private services his parents had provided, and placement in private school for the 2004-2005 school year. On July 11, 2006, the court granted in part and denied in part Plaintiff's motion to submit additional evidence. The court directed the

parties to appear for an evidentiary hearing on August 2, 2006 to take the testimony of Dr. Jonathan Lauter. Shortly before the hearing, Plaintiff filed a motion for a continuance because Dr. Lauter became unavailable. The court heard no further information from the parties.

After inquiry from the court, Defendant filed the instant motion to dismiss with prejudice for want of prosecution. Defendant's counsel explained that on two occasions during the past year, she corresponded with Plaintiff's counsel attempting to reschedule the evidentiary hearing, but Plaintiff's counsel was unable to provide dates for Dr. Lauter's appearance.

The court DIRECTS that Plaintiff submit three potential hearing dates to the court by the close of business Friday, November 9, 2007. The three proposed dates must all be before December 24, 2007. If Plaintiff is unable to propose such dates, the court will adjudicate the matter on the written materials before the court without taking additional evidence. If a date is agreed upon and Dr. Lauter cancels for some reason, the court will not reschedule the hearing and will adjudicate the matter on the written materials. Additionally, the court will impose costs against Plaintiffs for Defendant's time of preparation for the hearing.

The court DENIES Defendant's motion to dismiss with prejudice for want of prosecution [65-1].

2

AO 72A
(Rev.8/82)

**IT IS SO ORDERED** this 6th day of November 2007.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE